RECEIVED
AUG 18 2023
JUDGE WATTERS CHAMBERS



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P. O. Box 1600*
*Butner, North Carolina 27509*

August 9, 2023

The Honorable Judge Susan P. Watters
James F. Battin Federal Courthouse
2601 2nd Avenue North
5th Floor
Billings, MT 59101

RE: BLAND, John
Register Number: 33144-510
Docket Number: 1:22-cr-00131-SPW-1

Dear Judge Watters:

    The above-referenced individual was admitted to the Mental Health Unit of this facility on August 8, 2023, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

    Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival. If this request is granted, the evaluation period will end on December 5, 2023. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date.

    Please be advised we have limited PACER access and therefore request ALL relevant court orders be emailed to j2richardson@bop.gov to ensure we are compliant with all court directives.

    I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Ms. Jasmine Richardson, Health Services Assistant, at extension 5467.

Respectfully,

for: [signature]

T. Scarantino, Complex Warden

**GRANTED**/DENIED (Circle One)

Signature: *Susan P. Watters*   DATE: 8-18-2023
Honorable Judge Susan P. Watters

cc:    Thomas Godfrey, Assistant United States Attorney
        Steven C. Babcock, Defense Attorney