IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 22-131-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOHN RANDOLPH BLAND IV, | |
| Defendant. | |

Upon the United States' Motion to Dismiss Indictment Without Prejudice (Doc. 35), and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' Motion (Doc. 35) is **GRANTED**. The indictment in the above-captioned matter is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 31st day of May, 2024.

SUSAN P. WATTERS
United States District Court Judge

1